suit. Therefore, where a case arises under the federal maritime law, as this case does, a local statute awarding attorneys' fees should not be applied. The award of attorneys' fees in this case was error and we will reverse.

IT IS ORDERED that the rehearing in banc is granted.

IT IS FURTHER ORDERED that this case shall be calendared for argument at the February 1990 session of Court. Within ten days of the date of this order five additional copies of appellant's briefs and five additional copies of appellees briefs shall be filed and appellees will file nine additional copies of the joint appendix.

**Regis Ann GOULD, as Parent Guardian and next of friend of Aaron Russell Gould and Adrienne Marie Gould; Regis Ann Gould, as Special Administrator of the Estate of Gary Francis Gould; Regis Ann Gould, Plaintiffs-Appellants,**

v.

**U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; Public Health Service, Defendants-Appellees.**

No. 88-3091.

United States Court of Appeals,
Fourth Circuit.

Dec. 26, 1989.

Joseph Cornelius Ruddy, Jr. (Law Offices, Joseph C. Ruddy, Jr., Hyattsville, Md., on brief), for plaintiffs-appellants.

Sally Kraft Trebbe (Litigation Branch, Business and Administrative Law Div., Dept. of Health and Human Services, Breckinridge L. Willcox, U.S. Atty., Washington, D.C., Juliet Ann Eurich, Asst. U.S. Atty., Baltimore, Md., on brief), for defendants-appellees.

ON PETITION FOR REHEARING
WITH SUGGESTION FOR
REHEARING IN BANC

The appellees' petition for rehearing and suggestion for rehearing in banc were submitted to the Court. A majority of judges having voted in a requested poll of the Court to grant rehearing in banc,

**Nathan MILLER, Plaintiff-Appellant,**

v.

**Emery LEATHERS, Officer, Defendant-Appellee,**

and

**Carolina Legal Assistance, Inc.; North Carolina Prisoner Legal Services, Inc., Amici Curiae.**

No. 88-7651.

United States Court of Appeals,
Fourth Circuit.

Dec. 27, 1989.

Philip Azar, Student Counsel (Steven H. Goldblatt, Director, Dori K. Bernstein, Maureen F. Del Duca, Supervising Attys., David L. Engelhardt, Student Counsel, Appellate Litigation Program, Georgetown University Law Center, on brief) for plaintiff-appellant.

Howard Edwin Hill, Associate Atty. Gen. (Lacy H. Thornburg, Atty. Gen., on brief) for defendant-appellee.

ON PETITION FOR REHEARING
WITH
SUGGESTION FOR
REHEARING IN BANC

The appellant's petition for rehearing and suggestion for rehearing in banc were submitted to the Court. A majority of judges having voted in a requested poll of the Court to grant rehearing in banc,